STATE of Missouri, Respondent,

v.

Willie Lee HILL, Appellant.

No. WD 35297.

Missouri Court of Appeals,
Western District.

July 30, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and
Denied Aug. 27, 1985.

Application to Transfer Denied
Oct. 16, 1985.

William I. Webster, Atty. Gen., Jefferson City, Christine M. Szaj, Asst. Atty. Gen., for appellant.

Sean D. O'Brien, Public Defender, Kansas City, David S. Durbin, Asst. Public Defender, for respondent.

Before BERREY, P.J., and DIXON and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from a jury trial conviction of robbery in the first degree, § 569.020 (RSMo 1978), and sentence to an eighteen-year term of imprisonment.

Judgment affirmed. Rule 30.25(b).